### JONES v. BRINSMADE.

(Supreme Court, Appellate Division, First Department. May 5, 1905.)

APPEAL—QUESTIONS REVIEWABLE.

     A question not raised upon the argument of an appeal will not be considered.

     [Ed. Note.—For cases in point, see vol. 3, Cent. Dig. Appeal and Error, §§ 4256–4261.]

Appeal from Special Term, New York County.

Action by Jessie M. Jones against Charles L. Brinsmade. From an order awarding counsel fee and alimony, defendant appeals. Affirmed.

Argued before VAN BRUNT, P. J., and HATCH, McLAUGHLIN, O'BRIEN, and INGRAHAM, JJ.

J. C. Bergen, for appellant.
W. M. Wherry, for respondent.

PER CURIAM. No question having been raised upon the argument of this appeal as to the amount awarded for alimony and counsel fee, that question is not before us. We think, however, that for the reasons stated in the opinion in the case of Gore v. Gore (App. Div., 3d Dept., March, 1905) 92 N. Y. Supp. 634, the court had power to make the order, and it should be affirmed, with $10 costs and disbursements.